IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LUCKY SHOALS COMMUNITY
ASSOCIATION, Inc.,

Plaintiff,

v.

UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY, et al.,

Defendants.

Civil Action File No.
1:25-cv-07221-MLB

ORDER

The Court, having considered the Parties' Joint Motion to Stay Any and All Discovery Deadlines, with Incorporated Memorandum of Law, and for good cause shown, finds that the Motion should be **GRANTED**.

All discovery and pretrial deadlines, including those under Federal Rules of Civil Procedure 26(a)(1) and 26(f), Local Rules 16.1, 16.2, and 26.1, and the Court's Standing Order Regarding Civil Litigation, are **STAYED** pending a ruling on Defendants' Motion to Dismiss (Doc. 6).

SO ORDERED this 26th day of March, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE